# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES DANIEL DEJARNETT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-721-CG |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| Administration,[1] ) | |
| ) | |
|     Defendant. ) | |

## ORDER

On September 19, 2016, the Court entered an Opinion and Order and a Judgment reversing the decision of the Acting Commissioner and remanding this case for further administrative proceedings. *See* Doc. Nos. 26, 27. Plaintiff Charles Daniel DeJarnett now timely requests an award of attorney and paralegal fees in the amount of $3705.80 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. *See* Pl.'s Mot. Att'y Fees (Doc. No. 30). Defendant has notified the Court that she has no objection to Plaintiff's requested award. *See* Def.'s Resp. (Doc. No. 31) at 1.

Having considered the Motion and the relevant record, the Court GRANTS Plaintiff's request (Doc. No. 30) and awards fees in the amount of $3705.80, with said amount to be paid directly to Plaintiff and sent in care of Troutman & Troutman, 1350 S. Boulder Avenue, Suite 410, Tulsa, Oklahoma, 74119. If attorney's fees are also awarded

---

[1] Nancy A. Berryhill, the current Acting Commissioner of the Social Security Administration, is hereby substituted as Defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

under 42 U.S.C. § 406(b), Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 22nd day of February, 2017.

_____
CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE